No. 02–7058.  SKAMFER *v.* SMITH, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 02–7059.  ROBINSON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 02–7060.  DIAZ-PABON *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 02–7071.  CHAPMAN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–7074.  HUSS *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 9th Cir.  Certiorari denied.

No. 02–7077.  ESENOWO *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 02–7078.  FAIRCLOTH *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–7084.  ROGERS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–7085.  TUCKER *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 02–7086.  LAWSON *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 02–7088.  RUCKER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 02–7090.  HOLMES *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 02–7091.  CAMACHO-LOPEZ *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–7093.  DELGADO *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 02–7098.  PEPPERS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 02–7102.  BOYD *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.